UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES DAVID NOTTLE,

　　　　　Plaintiff,

v.　　　　　　　　　　　　　　Case No. 3:12-cv-383-J-12TEM

KENNETH S. TUCKER,
etc.; et al.,

　　　　　Defendants.

_____

## ORDER

Plaintiff's Motion for Reinstatement (Doc. #8) is **GRANTED**. Accordingly, the Order of Dismissal Without Prejudice (Doc. #4) is hereby **VACATED**, and the **Clerk of Court** shall **REOPEN** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this **6TH** day of June, 2012.

_Howell W. Melton_
UNITED STATES DISTRICT JUDGE

ps 6/6
c:
James David Nottle